UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KERRY INGREDIENTS &
FLAVOURS LIMITED,

                Plaintiff,

       – *against* –

ECT TRANSPORT LTD., AGILITY
LOGISTICS (SHAGHAI) LTD, and
AGILITY LOGISTICS CORP.,

           Defendants.

**ORDER**

17 Civ. 8438 (ER)

RAMOS, D.J.:

        Plaintiff filed the instant action on November 1, 2017.  Doc. 1.  No activity has taken place since then.  On April 6, 2020, the Court ordered Plaintiff to show good cause by May 1, 2020 for why service in this action was not completed within 90 days.  Doc. 2. More than three months have passed without a response.  For the below reasons, the Court dismisses Plaintiff's action for failure to execute service under Federal Rule of Civil Procedure  4(m).

        "If a defendant is not served within 90 days after the complaint is filed, the court — on motion or on its own after notice to the plaintiff — *must* dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m) (emphasis added).

        Given that over two years have passed since the filing of the complaint in this action, and given that Plaintiff has failed to respond to the Court's warning of the consequences of failure to serve or provide good cause for the lack of service, the Court

2

DISMISSES Plaintiff's action without prejudice.  The Clerk of Court is respectfully

directed to terminate any pending motions and to close the case.


It is SO ORDERED.


Dated:    August 31, 2020
          New York, New York

_____
          EDGARDO RAMOS, U.S.D.J.

2